UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES A RASCO | CIVIL ACTION NO. 25-0145 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHAUNTE WELLS, ET AL. | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 4) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 7th day of March, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE